THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 14-50229
RENEE A. WHITE )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
Debtor(s) )
) TRUSTEE'S MOTION TO
) DISMISS DUE TO FAILURE OF
) DEBTOR(S) TO MAKE PLAN
) PAYMENTS

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and requests this Court to dismiss the Debtor(s) plan pursuant to 11 USC Section 1307(c)(1) as the Debtor(s) has failed to make required plan payments as required by 11 USC Section 1326. The failure to make plan payments is prejudicial to creditors who cannot be paid unless the Debtor(s) make plan payments. The Trustee states the following:

1. Debtor(s) has/have not been making his/her/their Chapter 13 Plan payments as ordered.

2. The case was filed on **02/03/2014**.

3. The monthly Plan payments are $**148.00**.

4. As of this date, the payments into the Plan should total **$592.00**.

5. As of this date, the payments into the Plan total **$148.00**.

6. As of this date, the arrearages total is **$444.00**.

7. The Trustee has only received one payment towards this Chapter 13 plan which was received on **March 20, 2014.**

8. Plan payments were suspended April 1, 2014, through June 30, 2014, due to debtor being incarcerated.

## NOTICE TO ATTORNEYS

**\*\*Pursuant to this Court's Administrative Order 00-4, attorneys are required to file with the U.S. Bankruptcy Court a notice of no opposition or a notice of inability to communicate with the debtor(s).**

**Attorneys may contact Holly Byler, at the Chapter 13 Trustee's Office at 330.762.6335 ext. 225 or hbyler@ch13akron.com to resolve this motion.**

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308

(330) 762-6335
Fax
(330) 762-7072

**If attorneys do not file a response or contact the Chapter 13 Office by noon on Tuesday before the scheduled hearing, attorneys are required to appear at any Court hearing on this matter.**

**Debtor(s) may make a payment either online or by phone.  To pay online visit www.chapter13info.com.  To pay by phone call 1-888-439-5121.**

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

RENEE A. WHITE
PO BOX 361461
STRONGSVILLE, OH
44136
(Via Regular mail)

VANCE P TRUMAN (via ECF)

Keith L. Rucinski, Chapter 13 Trustee (via ECF)

Office of the US Trustee (via ECF)

Date of Service: **10/3/2014**    By: **Holly Byler**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072