## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:

RENEE A. WHITE

        Debtor(s)

CASE NO.: 14-50229
CHAPTER 13

JUDGE ALAN M. KOSCHIK

**OBJECTION TO TRUSTEE'S MOTION
TO DISMISS CHAPTER 13 CASE**

      NOW comes Debtor, Renee A. White, by and through her Attorney, Vance P. Truman, and hereby objects to the Trustee's Motion to Dismiss her Chapter 13 case. Debtor is in disagreement with the amount of arrears due to her plan

      Respectfully submitted,

/s/ Vance P. Truman
VANCE P. TRUMAN (0061526)
689 Lafayette Road
Medina, OH 44256
Telephone: (330) 722-8877
Fax: (330) 722-3410
E-Mail: medinaatty@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was sent via the Court's electronic filing system or by regular U.S. mail on October 8, 2014 to the following:

U.S. Trustee
**electronic notification**

Keith Rucinski, Trustee
**electronic notification**

Regular U.S. Mail to the following:

Renee A. White
P.O. Box 361461
Strongsville, OH 44136
Debtor(s)

/s/ Vance P. Truman
Vance P. Truman (0061526)
Attorney at Law
689 Lafayette Road
Medina, OH 44256
(330)722-8877 Fax: (330)722-3410
medinaatty@yahoo.com